# FINANCIAL DISCLOSURE
## REPORT FOR CALENDAR YEAR
## 2012

AO 10 Rev.

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CARRENO COLL, SILVIA L. | U.S. DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE - FULL TIME | Nomination ___ Date ___  Initial ___ ✔ Annual ___ Final ___ | 01/01/2012 to 12/31/2012 |

**5b.** Amended Report

**7. Chambers or Office Address**

FEDERAL OFFICE BUILDING
ROOM 481
CHARDON STREET
HATO REY, PUERTO RICO 00918

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| 4. | |
| --- | --- |

| 5. | |
| --- | --- |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

*(yours, not spouse's)*

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Page 3 of 6

**CARRENO COLL, SILVIA L.**

05/15/2013

**B. Spouse's Non-Investment Income** - *If you were married during any portion of the reporting year,*

*complete this section. (Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

# IV. REIMBURSEMENTS -- *transportation, lodging, food,*
*entertainment. (Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 5. | | | |
| 3. | | | |

PURPOSEITEMS PAID OR PROVIDED

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

SOURCEDESCRIPTIONVALUE

1.

2.

3.

4.

| Name of Person Reporting | Date of Report |
|---|---|
| CARRENO COLL, SILVIA L. | 05/15/2013 |

5.

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

CREDITOR DESCRIPTION VALUE CODE

1.

2.

3.

4.

5.

| Name of Person Reporting | Date of Report |
|---|---|
| CARRENO COLL, SILVIA L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| 1. Oriental Financial Services (X) PR Diversified Tax-MGD 100% | D | Interest | J | T | | | | | |
| 2. Banco Popular | G | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |

| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

A =$1,000 or less        B =$1,001 - $2,500                                                                                      E =$15,001 - $50,0001. Income Gain Codes:
                                                                    C =$2,501 - $5,000      D =$5,001 - $15,000
(See Columns B1 and D4)                 G =$100,001 - $1,000,000                              H2 =More than $5,000,000F =$50,001 - $100,000
                    H1 =$1,000,001 - $5,000,000
2. Value Codes                                K =$15,001 - $50,000                              M =$100,001 - $250,000J =$15,000 or less
                        L =$50,001 - $100,000

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*



## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SILVIA L. CARRENO COLL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States
Courts Suite 2-301 One Columbus Circle,
N.E. Washington, D.C. 20544